

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00483-CV

David **DREW**, Jr.,
Appellant

v.

Arlette Dominguez Gallegos **BELVER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-04517
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the appellant.

SIGNED August 11, 2021.

_____
Rebeca C. Martinez, Chief Justice